1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  MARC DAYS, Bar #184098
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  ISMAEL ANGUIANO GARCIA

7

8              IN THE UNITED STATES DISTRICT COURT

9             FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA,        ) No. 1:11-CR-00439 AWI
                                      )
12 |        *Plaintiff,*              ) STIPULATION TO CONTINUE STATUS
                                      ) CONFERENCE HEARING;  ORDER
13 |    v.                            )
                                      )
14 | ISMAEL ANGUIANO GARCIA,          ) Date : June 18, 2012
                                      ) Time: 10:00 a.m.
15 |        *Defendant.*              ) Judge: Hon. Anthony W. Ishii
   |_____   )

16

17     **IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective

18 attorneys of record herein, that the status conference hearing in the above captioned matter now set for

19 June 4, 2012, **may be continued to June 18, 2012 at 10:00 a.m.**

20     This continuance is requested by counsel for the defendant.  Counsel has received a plea offer from

21 the government and needs additional time to review the offer with the defendant prior to hearing.  The

22 requested continuance will conserve time and resources for both counsel and the court.  Assistant United

23 States Attorney Laurel J. Montoya has no objection to this request.

24     The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in

25 that the ends of justice served by the continuance outweigh the interest of the public and the defendant in a

26 ///

27 ///

28 ///

Stipulation to Continue Status Conference
Hearing;  Order

speedy trial, including, but not limited to, the need for the period of time set forth herein for effective defense preparation and continuing plea negotiation purposes.

BENJAMIN B. WAGNER
United States Attorney

DATED: May 30, 2012

/s/ Laurel J. Montoya
LAUREL J. MONTOYA
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: May 30, 2012

/s/ Marc Days
MARC DAYS
Assistant Federal Defender
Attorney for Defendant
ISMAEL ANGUIANO GARCIA

## **O R D E R**

**IT IS SO ORDERED.** For the reasons set forth above, the continuance requested is granted for good cause. The Court finds that the interest of justice outweighs the interests of the public and defendant in a speedy trial, and time is excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated: May 31, 2012

CHIEF UNITED STATES DISTRICT JUDGE