HEATHER E. WILLIAMS, #122664
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, CA  95814
Tel: 916-498-5700/Fax 916-498-5710

Attorney for Defendant
ISMAEL ANGUIANO GARCIA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-cr-00439-AWI-DLB |
|---|---|
| Plaintiff, | ) **REQUEST TO CONTINUE HEARING ON MOTION TO REDUCE PURSUANT TO 18 U.S.C. § 3582(c)(2); ORDER** |
| vs. | ) |
| ISMAEL ANGUIANO GARCIA, | ) RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE |
| Defendant. | ) |
|  | ) Judge: Honorable ANTHONY W. ISHII |

Pursuant to Local Rule 430.1(c), Defendant ISMAEL ANGUIANO GARCIA, by and through his attorney, Assistant Federal Defender David M. Porter, hereby requests the hearing on defendant's Motion to Reduce Sentence, scheduled for Monday, May 11, 2015, be continued to Monday, May 18, 2015, at 10:00 A.M.  Assistant United States Attorney, Kathleen A. Servatius, has indicated she has no objection to this request.

Dated:  May 7, 2015

    Respectfully submitted,

    HEATHER E. WILLIAMS
    Federal Defender

    */s/ David M. Porter*
    DAVID M. PORTER
    Assistant Federal Defender

## **O R D E R**

The hearing date of May 11, 2015, on defendant's Motion to Reduce Sentence, is hereby VACATED.  A new hearing on the motion is set for May 18, 2015, at 10:00 A.M.

IT IS SO ORDERED.

Dated:   May 8, 2015                                            _____
                                                                                    SENIOR  DISTRICT  JUDGE