AO 247 (Rev. 11/11)   Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No: 1:11-cr-00439-AWI-DLB |
| ISMAEL ANGUIANO GARCIA | ) | USM No: 68103-097 |
| | ) | |
| Date of Original Judgment: 08/27/2012 | ) | |
| Date of Previous Amended Judgment: | ) | David Porter, Assistant Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of ___51___ months **is reduced to** ___46 months___ .

*(Complete Parts I and II of Page 2 when motion is granted)*

```
***If this sentence is less than the amount of time the defendant has already served
as of November 1, 2015, the sentence is reduced to a time served sentence. If the
defendant is released from custody before November 1, 2015, this order will be of no
effect. In no event is this Order to be understood as authorizing release prior to
November 1, 2015 or authorizing a term of imprisonment less than the term actually
served on November 1, 2015.
```

Except as otherwise provided, all provisions of the judgment dated ___08/29/2012___ shall remain in effect.
**IT IS SO ORDERED**.

| | |
|---|---|
| Order Date: ___05/19/2015___ | /s/ ANTHONY W. ISHII |
| | *Judge's signature* |
| Effective Date: ___11/01/2015___ | Honorable ANTHONY W. ISHII, U.S. District Judge |
| *(if different from order date)* | *Printed name and title* |